UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

MARIA MENDIZABAL,

                Plaintiff,

    -v-

ERMENEGILDO ZEGNA
CORPORATION,

                Defendant.

17-CV-9284 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

    All filing deadlines, conference dates, and the trial date are adjourned *sine die*.

    SO ORDERED.

Dated: February 16, 2018
       New York, New York

                                            _____
                                              J. PAUL OETKEN
                                         United States District Judge